# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:12-CV-19 |
| ) | |
| **AT&T, INC.,** ) | |
| **AT&T MOBILITY LLC**, ) | |
| **CELLCO PARTNERSHIP d/b/a** ) | |
| **VERIZON WIRELESS**, ) | |
| **HTC CORPORATION** and ) | |
| **HTC AMERICA, INC.** , ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal Without Prejudice as to Defendant Cellco Partnership d/b/a Verizon Wireless. Defendant Cellco Partnership d/b/a Verizon Wireless has yet to file an answer or motion for summary judgment.

Date: March 9, 2012                     Respectfully submitted,

By: /s/ Paul J. Hayes (w/permission W. Hill)
Paul J. Hayes – LEAD ATTORNEY
Dean G. Bostock
**HAYES, BOSTOCK & CRONIN LLC**
300 Brickstone Square, 9th Fl.
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: phayes@hbcllc.com
Email: dbostock@hbcllc.com

06011733

        T. John Ward, Jr.
        Texas State Bar. No. 00794818
        J. Wesley Hill
        Texas State Bar. No. 24032294
        **WARD & SMITH LAW FIRM**
        P.O. Box 1231
        Longview, Texas 75606
        Tel: (903) 757-6400
        Fax: (903) 757-2323
        Email: jw@wsfirm.com
        Email: wh@wsfirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via electronic delivery this 9th day of March, 2012.

        /s/ Wesley Hill