# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 6:12-CV-19 |
| **AT&T, INC.,** **AT&T MOBILITY LLC**, **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**, **HTC CORPORATION** and **HTC AMERICA, INC.** , | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice before an answer or motion for summary judgment has been filed by Defendant Cellco Partnership d/b/a Verizon Wireless, the Court hereby dismisses all claims against Defendant Cellco Partnership d/b/a Verizon Wireless without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

**So ORDERED and SIGNED this 12th day of March, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**