# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:12cv19 |
| **AT&T, INC.**, **AT&T MOBILITY LLC**, **HTC CORPORATION** and **HTC AMERICA, INC.**, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## ORDER

Having considered Plaintiff's Notice of Dismissal of Defendant AT&T Inc., the Court hereby dismisses without prejudice all claims asserted against Defendant AT&T Inc. This dismissal does not affect Plaintiff's claims against the other defendants.

**So ORDERED and SIGNED this 12th day of April, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**