# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | Case No. 6:12-cv-16 LEAD |
| | § | CONSOLIDATED WITH 6:12cv19 |
| MOTOROLA MOBILITY LLC | § | |
| and CELLCO PARTNERSHIP | § | |
| d/b/a Verizon Wireless | § | |

### ORDER VACATING CONSOLIDATION

The Court previously consolidated several related cases and designated this as the lead case (Doc. No. 62). The Court has since granted motions to transfer in several of the related cases. In view of the changed procedural posture of these cases, the Court VACATES the consolidation order.

The Court will issue an amended Docket Control Order under the original case numbers.

**It is SO ORDERED.**

SIGNED this 3rd day of April, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE