# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC., | Case No. 13-cv-01778 NC |
|         Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
|    v. | |
| AT&T, INC., et al., | |
|         Defendants. | |

In accordance with Civil Local Rule 3-12(c), **I**T IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Maria-Elena James to determine whether it is related to *Adaptix, Inc. v. Motorola Mobility LLC, et al.*, Case No. 13-cv-01774 MEJ.

IT IS SO ORDERED.

Date: April 29, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge