Christopher D. Banys (State Bar No. 230038)
Richard C. Lin     (State Bar No. 209233)
Daniel M. Shafer   (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

*Attorneys for Plaintiff, Adaptix, Inc.*

[ATTORNEYS FOR ADDITIONAL PARTIES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T, INC., ET AL.<br><br>　　　　　　Defendants. | Case No.  3:13-cv-01778-NC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**  AND MODIFIED ORDER |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for a continuance of the Initial Case Management Conference currently set for May 29, 2013.  The parties request that the CMC be continued to Wednesday, July 17, 2013.

In support of this stipulated request, the parties state as follows:

1. This case is one of six cases, all recently transferred to this District, for which an Administrative Motion to Consider Cases Related is currently pending before Judge

Hamilton.  (*See* Dkt. No. 31 in Case No. 3:13-cv-01774-PJH.)  The cases in question (including this case) are:

    a.   Adaptix v. Motorola Mobility LLC, et al., Case No. 3:13-cv-1774-PJH (N.D. Cal.)

    b.   Adaptix v. Apple Inc., et al., Case No. 3:13-cv-1776-NC (N.D. Cal.)

    c.   Adaptix v. Apple Inc., et al., Case No. 3:13-cv-1777-MMC (N.D. Cal.)

    d.   Adaptix v. AT&T Mobility LLC, et al., Case No. 3:13-cv-1778-NC (N.D. Cal.)

    e.   Adaptix v. HTC Corp., et al., Case No. 5:13-cv-1844-PSG (N.D. Cal.)

    f.   Adaptix v. Apple Inc., et al., Case No. 4:13-cv-2023-EMC (N.D. Cal.)

2. The Administrative Motion To Consider Cases Related is unopposed.  In the event that the Administrative Motion is granted, the parties' understanding is that this case may be assigned to another judge who would set his or her own CMC date.  (*See* Declaration of Daniel M. Shafer ["Shafer Decl."] filed herewith.)

3. There have been no previous time modifications requested by the parties in this case.  The CMC date in question was modified once by the Court acting *sua sponte*.  (Dkt. 69.)  There are currently no scheduled dates in the case subsequent to the CMC in question, so the requested modification will have no further effect on the case schedule.  (Shafer Decl.)

WHEREFORE, the parties respectfully request, in the interest of efficiency, that the upcoming CMC currently set for May 29, 2013, be continued until **Wednesday, July ~~17~~ 24, 2013**, pending the Court's decision on the Administrative Motion to Consider Cases Related, and that the related deadlines originally set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 66) also be continued accordingly.

Dated: May 17, 2013                                      Respectfully submitted,

                                                                                   By: */s/ Daniel M. Shafer*
                                                                                   Christopher D. Banys
                                                                                   Richard C. Lin
                                                                                   Daniel M. Shafer
                                                                                   cdb@banyspc.com
                                                                                   rcl@banyspc.com
                                                                                   dms@banyspc.com

BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

**Attorneys for Plaintiff,
ADAPTIX, INC.**


By: _/s/ Fred I. Williams_
FRED I. WILLIAMS (*Pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas 78701
Telephone: 512.499.6200
Facsimile: 512.499.6290

TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9510

**Attorneys for Defendants AT&T Mobility LLC, HTC Corporation, and HTC America, Inc.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Case Management Conference is continued to July 24, 2013 at 10:00 a.m. before Judge Cousins and the case management deadlines are continued accordingly.

_____            May 20, 2013
Magistrate Judge Nathanael Cousins

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]*

STIPULATED REQUEST TO CONTINUE CMC             3             CASE NO.  3:13-CV-01778-NC

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California. I am employed by Banys, P.C., counsel for Plaintiff Adaptix, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Daniel M. Shafer*