Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
Ali M. Abugheida (SBN 285284)
  ali.abugheida@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE, INC., *et al.*,<br><br>    Defendants. | Case No.  5:13-cv-01776-PSG<br><br>**VERIZON AND ADAPTIX'S JOINT MOTION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION** |
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC., *et al.*,<br><br>    Defendants. | Case No.  5:13-cv-01774-PSG |
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP., d/b/a VERIZON WIRELESS *et al.*,<br><br>    Defendants. | Case No.  5:13-cv-01844-PSG |

-1-

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff Adaptix, Inc. ("Adaptix") and defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") jointly move the Court for an order extending the deadline for Verizon and Adaptix to complete mediation with each other to June 30, 2014.  The Court's Stipulation and Order Selecting ADR Process scheduled private mediation 60 days from the Court's claim construction order.  *See* -1774 Dkt. 60; -1776 Dkt. 99, and -1844 Dkt. 91.

This joint motion is supported by the following facts:

- Both parties have been working diligently to select a mutually-acceptable mediator and select a mutually-agreeable date.
- The parties have selected a mediator.
- The mediator's schedule and the schedule of the parties' has not allowed for private mediation by the existing deadline.
- The parties agree that good cause exists for this extension.
- Given the schedule of Adaptix, Verizon, and the mediator, the parties reasonably believe that mediation can be completed by June 30, 2014.

Pursuant to Civil L.R. 6-2, Verizon and Adaptix request that this Court order, by signing below, that the deadline for Verizon and Adaptix to complete their mediation is extended to June 30, 2014.

Dated:  February 20, 2014                      Respectfully submitted,

*/s/  Geoffrey M. Godfrey*
Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
Ali M. Abugheida (SBN 285284)
  ali.abugheida@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:      (650) 858-6100

-2-

WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

Dated:  February 20, 2014

Respectfully submitted,

*/s/  Chris Banys*

Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA  94303
Telephone:     (650) 308-8505
Facsimile:      (650) 353-2202
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com

Paul J. Hayes (p*ro hac vice*)
Kevin Gannon (*pro hac vice*)
Steven E. Lipman (*pro hac vice*)
HAYES MESSINA GILMAN & HAYES, LLC
200 State Street, 6th Floor
Boston, MA  02109
Telephone:     (978) 809-3850
Facsimile:      (978) 809-3869
phayes@hayesmessina.com
kgannon@hayesmessina.com
slipman@hayesmessina.com

Attorneys for Plaintiff
ADAPTIX, INC.

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), Geoffrey M. Godfrey attests that concurrence in the filing of this document has been obtained from Chris Banys.

1  PURSUANT TO THE JOINT MOTION OF THE PARTIES, IT IS SO ORDERED.

2

3  Date: February 20, 2014

   _____
   United States ~~District~~ Court Judge
                  Magistrate