**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADAPTIX, INC.,<br><br>              Plaintiff,<br>     v.<br>APPLE, INC., *et al*.,<br><br>              Defendants. | Case No. 5:13-cv-01776-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>**(Re: Docket Nos. 416, 417)** |
|---|---|
| ADAPTIX, INC.,<br><br>              Plaintiff,<br>     v.<br>APPLE, INC., *et al*.,<br><br>              Defendants. | Case No. 5:13-cv-01777-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>**(Re: Docket Nos. 486, 487)** |
| ADAPTIX, INC.,<br><br>              Plaintiff,<br>     v.<br>AT&T MOBILITY LLC, *et al*.,<br><br>              Defendants. | Case No. 5:13-cv-01778-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>**(Re: Docket Nos. 411, 412, 413)** |

| | |
|---|---|
| ADAPTIX, INC.,<br><br>                    Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, et al.,<br><br>                    Defendants. | Case No. 5:13-cv-01844-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>(Re: Docket Nos. 381, 382) |
| ADAPTIX, INC.,<br><br>                    Plaintiff,<br>v.<br><br>APPLE, INC., et al.,<br><br>                    Defendants. | Case No. 5:13-cv-02023-PSG<br><br>**ORDER RE: HEARING ON PROPOSED FORM OF JUDGMENT**<br><br>(Re: Docket Nos. 458, 459) |

Due to the parties' inability to agree on a proposed form of judgment, the parties shall appear—either in person or telephonically—this afternoon at 3:00 PM to discuss the disputed issues with the court.

**SO ORDERED.**

Dated: February 2, 2015

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge