[Counsel Listed In Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br>        Plaintiff, <br><br>v. <br><br>AT&T MOBILITY LLC, et al., <br><br>        Defendants. | Case No. 5:13-cv-01778-PSG |

### [~~PROPOSED~~] FINAL JUDGMENT

The Court enters final judgment in favor of Defendants AT&T Mobility LLC, HTC America, Inc., and HTC Corporation and against Plaintiff Adaptix, Inc. ("Adaptix") on all of Adaptix's claims for infringement of U.S. Patent No. 7,454,212 ("'212 patent") and U.S. Patent No. 6,947,748 ("'748 patent"). Plaintiff shall take nothing by way of its complaint.

In addition, claims 9 and 10 of the '212 patent and claims 8 and 9 of the '748 patent are adjudged invalid.

Dated: February 2, 2015

Hon. Paul S. Grewal
United States Magistrate Judge

CASE NOS. 5:13-CV-01778      [~~PROPOSED~~] FINAL JUDGMENT